CARROLL TOWING COMPANY, INC., Respondent, v. FRANKLIN FIRE
INSURANCE COMPANY, Appellant.

First Department, November 17, 1922.

See head note in *Carroll Towing Co., Inc., v. Ætna Insurance Co.* (*ante*, p. 430).

APPEAL by the defendant, Franklin Fire Insurance Company,
from a determination of the Appellate Term of the Supreme Court,
First Department, entered in the office of the clerk of the county of
New York on the 14th day of March, 1922, modifying and, as modi-
fied, affirming a judgment of the City Court of the City of New
York in favor of the plaintiff.

*Bigham, Englar & Jones* [*George S. Brengle* of counsel; *D. Roger
Englar* with him on the brief], for the appellant.

*Foley & Martin* [*George V. A. McCloskey* of counsel; *William J.
Martin* with him on the brief], for the respondent.

DOWLING, J.:

For the reasons assigned in the opinion in the accompanying case
of *Carroll Towing Co., Inc.,* v. *Ætna Insurance Co.* (203 App. Div.
430), the determination appealed from should be affirmed, with costs.

CLARKE, P. J., PAGE, GREENBAUM and FINCH, JJ., concur.

Determination affirmed, with costs.